

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2015

No. 04-15-00271-CV

**ESTATE OF JOHNNIE MAE KING**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2001-PC-1263
Kelly Cross, Judge Presiding

## O R D E R

Appellees filed their brief on October 21, 2015. Simultaneously, appellees filed: (1) a motion to dismiss; (2) a motion for damages for frivolous appeal; and (3) a request that this court take judicial notice of certain public records. After reviewing the motions and the request, we ORDER all three carried with the appeal. Both the motions and the request will be ruled upon when the appeal is submitted and decided.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court